**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

------

**No. 97-7224**

------

LORENZO V. CARRILLO,

                              Petitioner  - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                              Respondent - Appellee.

------

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-97-37-2)

------

Submitted:  November 18, 1997      Decided:  December 2, 1997

------

Before ERVIN, MURNAGHAN, and MOTZ, Circuit Judges.

------

Dismissed by unpublished per curiam opinion.

------

Lorenzo V. Carrillo, Appellant Pro Se.  John Kenneth Byrum, Jr.,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

------

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Carrillo v. Angelone, No. CA-97-37-2 (E.D. Va. Aug. 21, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2